# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

CR 07 0380

UNITED STATES OF AMERICA,

V.

NINA L. DONEHUE

DEFENDANT.

---

## INDICTMENT

(1) 18 U.S.C. § 666 (a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461 (c) - Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this _____ day of 6/14/2007

_____ Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 666(a)(1)(A)- Embezzling Funds From Federally-Funded Govt. Org.; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)-Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-filing*

**PENALTY:**
10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

### DEFENDANT - U.S.

▶ NINA L. DONEHUE

**DISTRICT COURT NUMBER**

CR 07 0380 SI

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   Erika R. Frick

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    **Bail Amount:** No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

**Comments:**

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
07 JUN 14 PM 2: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 0380 SI |
| Plaintiff, | VIOLATIONS: (1) 18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture |
| v. | |
| NINA L. DONEHUE | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency or Organization

1.  At all times material to this Indictment, the Northridge Cooperative Homes, Inc. ("the Northridge") was an organization within the meaning of 18 U.S.C. § 666(a)(1) and was located in the Northern District of California.

2.  In calendar year 2006, the Northridge received in excess of $10,000 in benefits and assistance from the United States government.

3.  During the calendar year 2006, Nina L. Donehue was the Secretary of the Board of

INDICTMENT

1  Directors of the Northridge and its "agent" within the meaning of 18 U.S.C. § 666(d)(l).

2      4.    Between January 20, 2006 to February 6, 2006, in the Northern District of
3  California, the defendant,

4                               NINA L. DONEHUE,

5  knowingly embezzled, stole, and obtained by fraud monies and funds in excess of $5,000
6  belonging to and in the care, custody, and control of the Northridge, in violation of Title 18,
7  United States Code, Section 666(a)(1)(A).

8  <u>FORFEITURE ALLEGATION</u>: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture
9      Upon conviction of the offense alleged in Count One, the defendant,

10                              NINA L. DONEHUE,

11 shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
12 any property constituting or derived from proceeds obtained directly or indirectly as a result of
13 the said violation, including but not limited to the following:

14     1.    MONEY JUDGMENT

15     A sum of money equal to $34,983.13 in United States currency, representing the amount
16 of proceeds obtained as a result of the offense, theft of government money or property, in
17 violation of 18 U.S.C. § 641.

18     2.    CONVEYANCE

19     A 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066,
20 which was purchased from the proceeds of the said offense.

21 DATED: June 14, 2007            A TRUE BILL.

23                                         FOREPERSON

24 SCOTT N. SCHOOLS
   United States Attorney

26 IOANA PETROU
27 Chief, Major Crimes Section

28 (Approved as to form: _____ )
                             AUSA Erika R. Frick

INDICTMENT