1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  ERIKA R. FRICK (CSBN 208150)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Fax: (415) 436-7234
       Erika.Frick@usdoj.gov
8
   Attorneys for UNITED STATES OF AMERICA
9

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,         )   CR 07-0380 SI
14                                   )
          Plaintiff,                 )   UNITED STATES' EX PARTE REQUEST
15                                   )   TO WITHDRAW ARREST WARRANT
      v.                             )   AND ISSUE SUMMONS AND
16                                   )   [PROPOSED] ORDER
                                     )
17 NINA L. DONEHUE,                  )
                                     )
18        Defendant.                 )
                                     )
19

20      On June 14, 2007, at the request of the United States, this Court issued an arrest warrant
21 in the above-captioned case.  The United States now respectfully requests that this Court
22 withdraw the arrest warrant and issue a summons in its place, summoning the defendant to
23 appear before the Honorable James Larson, Magistrate Judge, on Monday, July 9, 2007, at 9:30
24 a.m.  A copy of the requested summons is attached.
25 //
26 //
27 //
28 EX PARTE REQUEST TO WITHDRAW WARRANT
   AND ISSUE SUMMONS
   CR 07-0380 SI

1  DATED: June 15, 2007                    Respectfully submitted,

2                                          SCOTT N. SCHOOLS
                                           United States Attorney
3

4                                          _____/S/_____
                                           ERIKA R. FRICK
5                                          Assistant United States Attorney

6

7

8                           **[PROPOSED] ORDER**

9       The arrest warrant previously issued in this case is hereby withdrawn. The Court grants

10  the government's request to issue a summons instead, summoning the defendant to appear before

11  the Honorable James Larson, Magistrate Judge, on Monday, July 9, 2007, at 9:30 a.m..

12

13  DATED: _____         _____
                                      HON. BERNARD ZIMMERMAN
14                                    United States Magistrate Judge

EX PARTE REQUEST TO WITHDRAW WARRANT
AND ISSUE SUMMONS
CR 07-0380 SI

2