AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

Case Number:

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
|  | Date and Time |
| Before: | |

To answer a(n)
G Indictment   G Information   G Complaint   G Probation Violation Petition   G Supervised Release Violation Petition   G Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:




Signature of Issuing Officer                              Date


Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

**RETURN OF SERVICE**

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

G   Served personally upon the defendant at:

G   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

G   Returned unexecuted:

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____          _____
              Date                                   Name of United States Marshal

                                                     _____
                                                     (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.