SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Fax: (415) 436-7234
   Erika.Frick@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-0380 SI |
|    Plaintiff, ) | UNITED STATES' EX PARTE REQUEST TO WITHDRAW ARREST WARRANT AND ISSUE SUMMONS AND [PROPOSED] ORDER |
|    v. ) | |
| NINA L. DONEHUE, ) | |
|    Defendant. ) | |

     On June 14, 2007, at the request of the United States, this Court issued an arrest warrant in the above-captioned case. The United States now respectfully requests that this Court withdraw the arrest warrant and issue a summons in its place, summoning the defendant to appear before the Honorable James Larson, Magistrate Judge, on Monday, July 9, 2007, at 9:30 a.m. A copy of the requested summons is attached.

//

//

//

EX PARTE REQUEST TO WITHDRAW WARRANT
AND ISSUE SUMMONS
CR 07-0380 SI

DATED: June 15, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/S/_____
ERIKA R. FRICK
Assistant United States Attorney


### [PROPOSED] ORDER

The arrest warrant previously issued in this case is hereby withdrawn. The Court grants the government's request to issue a summons instead, summoning the defendant to appear before the Honorable James Larson, Magistrate Judge, on Monday, July 9, 2007, at 9:30 a.m..

DATED: June 18, 2007                _____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

EX PARTE REQUEST TO WITHDRAW WARRANT
AND ISSUE SUMMONS
CR 07-0380 SI