# UNITED STATES DISTRICT COURT

NORTHERN **DISTRICT OF** CALIFORNIA

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

NINA L. DONEHUE
132 Harbor Road
San Francisco, CA 94124

Case Number: 07-0380 SI

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. Magistrate Court<br>450 Golden Gate Ave., 15th Floor<br>San Francisco, CA 94102 | Courtroom F, 15th Floor |
| Before: Hon. James Larson | Date and Time<br>Mon., July 9, 2007, 9:30 am |

To answer a(n)
- [x] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title  18  United States Code, Section(s)  666(a)(1)(A)

Brief description of offense:

The defendant is charged with violating 18 U.S.C. § 666(a)(1)(A) (Embezzling Funds From A Federally-Funded Government Organization). The United States also makes a forfeiture allegation, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), seeking a monetary judgment of $34,983.13 and forfeiture of a 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066, which was purchased from the proceeds of the said offense.

_Bernard Zimmerman_
Signature of Issuing Officer

June 18, 2007
Date

Bernard Zimmerman, United States Magistrate Judge
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1]   Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____         _____
                Date                         Name of United States Marshal

                                             _____
                                             (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Submit    Go