# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

UNITED STATES OF AMERICA,

V.

NINA L. DONEHUE

CR 07 0414 SI

DEFENDANT.

---

# INDICTMENT

(1) 18 U.S.C. § 666 (a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461 (c) - Forfeiture

A true bill.

_____ Foreman

Filed in open court this _____ day of
6/28/2007
_____
L. Scott
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 666(a)(1)(A)- Embezzling Funds From Federally-Funded Govt. Org'n; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)-Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

### DEFENDANT - U.S.

▶ NINA L. DONEHUE

**DISTRICT COURT NUMBER**
CR 07 0414 SI

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Erika R. Frick

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ approximately 6/20/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5                        E-filing
6
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11                **CR 07      0414**

12 UNITED STATES OF AMERICA,    ) No.                                **SI**
                                )
13      Plaintiff,              ) VIOLATIONS:  (1) 18 U.S.C.
                                ) § 666(a)(1)(A) - Embezzling Funds From
14    v.                        ) Federally-Funded Government Agency;
                                ) (2) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.
15                              ) § 2461(c) - Forfeiture
   NINA L. DONEHUE              )
16                              )
        Defendant.              ) SAN FRANCISCO VENUE
17 _____)

18

19            <u>SUPERSEDING INDICTMENT</u>

20 The Grand Jury charges:

21 <u>COUNT ONE</u>:    18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded
                       Government Agency
22

23      1.   At all times material to this Indictment, the Northridge Cooperative Homes, Inc.

24 ("the Northridge") was an organization within the meaning of 18 U.S.C. § 666(a)(1) and was

25 located in the Northern District of California.

26      2.   In calendar year 2006, the Northridge received in excess of $10,000 in benefits and

27 assistance from the United States government.

28      3.   During the calendar year 2006, Nina L. Donehue was the Secretary of the Board of

INDICTMENT

Directors of the Northridge and its "agent" within the meaning of 18 U.S.C. § 666(d)(l).

4. Between January 20, 2006 to February 6, 2006, in the Northern District of California, the defendant,

NINA L. DONEHUE,

knowingly embezzled, stole, and obtained by fraud monies and funds in excess of $5,000 belonging to and in the care, custody, and control of the Northridge, in violation of Title 18, United States Code, Section 666(a)(1)(A).

FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture

Upon conviction of the offense alleged in Count One, the defendant,

NINA L. DONEHUE,

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation, including but not limited to the following:

1. MONEY JUDGMENT

A sum of money equal to $34,983.13 in United States currency, representing the amount of proceeds obtained as a result of the offense, embezzlement of funds from a federally-funded government agency, in violation of 18 U.S.C. § 666(a)(1)(A).

2. CONVEYANCE

A 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066, which was purchased from the proceeds of the said offense.

DATED: June 28, 2007             A TRUE BILL.

                                 _____
                                 FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____ )
                      AUSA Erika R. Frick

INDICTMENT