# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

UNITED STATES OF AMERICA,

v.

NINA L. DONEHUE

CR 07-380 SI

SI

DEFENDANT.

---

# INDICTMENT

(1) 18 U.S.C. § 666 (a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461 (c) - Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this _____ day of
6/27/2007
L. Scott
_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. § 666(a)(1)(A)-
Embezzling Funds From
Federally-Funded Govt. Org'n; 18
U.S.C. § 981(a)(1)(C), 28 U.S.C. §
2461(c)-Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ NINA L. DONEHUE

**DISTRICT COURT NUMBER**

~~CR 07 0414~~
CR 07-380 SI

SI

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

---- PROCEEDING ----

**Name of Complaintant Agency, or Person (&Title, if any)**
Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** Erika R. Frick

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ approximately 6/20/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶                Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶      Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

```
1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5                          E-filing
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION    CR07-380SI
11                          CR 07    0414
12  UNITED STATES OF AMERICA,     )   No.                        SI
                                  )
13       Plaintiff,                )   VIOLATIONS: (1) 18 U.S.C.
                                  )   § 666(a)(1)(A) - Embezzling Funds From
14       v.                        )   Federally-Funded Government Agency;
                                  )   (2) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.
15                                  )   § 2461(c) - Forfeiture
    NINA L. DONEHUE               )
16                                )
         Defendant.               )   SAN FRANCISCO VENUE
17  _____)
18
19                        SUPERSEDING INDICTMENT
20  The Grand Jury charges:
21  COUNT ONE:    18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded
                  Government Agency
22
23       1.  At all times material to this Indictment, the Northridge Cooperative Homes, Inc.
24  ("the Northridge") was an organization within the meaning of 18 U.S.C. § 666(a)(1) and was
25  located in the Northern District of California.
26       2.  In calendar year 2006, the Northridge received in excess of $10,000 in benefits and
27  assistance from the United States government.
28       3.  During the calendar year 2006, Nina L. Donehue was the Secretary of the Board of
```

INDICTMENT

1 | Directors of the Northridge and its "agent" within the meaning of 18 U.S.C. § 666(d)(l).

2 | 4.    Between January 20, 2006 to February 6, 2006, in the Northern District of
3 | California, the defendant,

NINA L. DONEHUE,

knowingly embezzled, stole, and obtained by fraud monies and funds in excess of $5,000 belonging to and in the care, custody, and control of the Northridge, in violation of Title 18, United States Code, Section 666(a)(1)(A).

FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture

Upon conviction of the offense alleged in Count One, the defendant,

NINA L. DONEHUE,

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation, including but not limited to the following:

1.    MONEY JUDGMENT

A sum of money equal to $34,983.13 in United States currency, representing the amount of proceeds obtained as a result of the offense, embezzlement of funds from a federally-funded government agency, in violation of 18 U.S.C. § 666(a)(1)(A).

2.    CONVEYANCE

A 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066, which was purchased from the proceeds of the said offense.

DATED: June 28, 2007                                A TRUE BILL.


                                                    _____
                                                    FOREPERSON

SCOTT N. SCHOOLS
United States Attorney


_____
IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____ )
                      AUSA Erika R. Frick

INDICTMENT