☐ DOCUMENTS UNDER SEAL | E-Filing

| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Wings Hom | **REPORTER/TAPE NO.** FTR 9:53-9:58 |
| --- | --- | --- |
| **MAGISTRATE JUDGE** JAMES LARSON | **DATE** July 9, 2007 | FILED ☐ NEW CASE | **CASE NUMBER** CR07-0380 SI |

FILED 2007 JUL -9 PM 12:18 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA

### APPEARANCES

| DEFENDANT Nina Donehue | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Shawn Halbert | ☒ PD. ☐ APPT. ☐ RET. |
| --- | --- | --- | --- | --- | --- |
| U.S. ATTORNEY Erika Frick | | INTERPRETER | | FIN. AFFIDAVIT SUBMITTED ☒ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Josh Libby | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
| --- | --- | --- | --- | --- |
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | TRUE NAME: |
| --- | --- | --- | --- |

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON SS INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
| --- | --- | --- | --- |

### RELEASE

| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
| --- | --- | --- | --- | --- |

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: |
| --- | --- | --- |
| ☐ CASH | ☐ CORPORATE SECURITY | ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| --- | --- | --- | --- | --- | --- |

ORDER REMOVED TO THE DISTRICT OF | OTHER:

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
| --- | --- | --- | --- |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 7-27-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| --- | --- | --- | --- | --- |
| AT: 11:00 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. SI | ☐ DETENTION HEARING | | ☒ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☒ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

Deft to report to USM for processing

COPIES SENT TO: Venice, Tracy S. | DOCUMENT NUMBER: