IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00380SI |
|       Plaintiff, | **NOTICE** |
|   v. | |
| DONEHUE, | |
|       Defendant.              / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the Court is closing/terminating case number CR-07-0414 SI. The superceding indictment shall be filed in CR-07-0380 SI.

Dated: July 10, 2007

RICHARD W. WIEKING, Clerk

_Sutton_ (signature)

_____
Tracy Sutton
Deputy Clerk