# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/27/07

Case No.   CR-07-380 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- NINA DONEHUE (NC)(P)

Attorneys:  Frick            Halbert

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

## PROCEEDINGS

1) Trial Setting/Status - HELD
2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                PART

Case continued to **9/7/07  @ 11:00 a.m.**   for Status/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Cont. Of Counsel
**Delay begins:          Delay ends: 9/7/07**
(         AUSA to draft order         )

ORDERED AFTER HEARING:
Discovery has been provided.  Counsel need additional time to review the defendant's criminal history.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )