1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  ERIKA R. FRICK (CSBN 208150)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7234
        Email:  erika.frick@usdoj.gov

8  Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 07-0380 SI
                                       )
15       Plaintiff,                    )   [PROPOSED] ORDER AND
                                       )   STIPULATION EXCLUDING TIME
16    v.                               )   FROM JULY 27, 2007 TO SEPTEMBER 7,
                                       )   2007 FROM THE SPEEDY TRIAL ACT
17  NINA L. DONEHUE,                   )   CALCULATION (18 U.S.C.
                                       )   § 3161(h)(8)(A) & (B)(iv))
18       Defendant.                    )
    _____)

19

20

21       On July 27, 2007, the parties appeared before Your Honor.  With the agreement of the

22  parties, and with the consent of the defendant, the Court enters this order (1) scheduling a status

23  hearing before your Honor on September 7, 2007, at 11 a.m.; and (2) documenting the exclusion

24  of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 27, 2007 to

25  September 7, 2007.  The parties agreed, and the Court found and held, as follows:

26       1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant

27  the requested continuance would unreasonably deny both government and defense counsel

28  reasonable time necessary for effective case preparation because the parties are still engaged in

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

1   discovery and other case preparation.

2         2.  Given these circumstances, the Court found that the ends of justice served by

3   excluding the period from July 27, 2007 to September 7, 2007 outweighed the best interest of the

4   public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5         3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

6   from July 27, 2007 to September 7, 2007 be excluded from Speedy Trial Act calculations under

7   18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8         4.  The Court scheduled a change of plea and sentencing before your Honor on September

9   7, 2007, at 11 a.m.

10        IT IS SO STIPULATED.

11

12  DATED: September 17, 2007          _____/s/_____
                                      ERIKA R. FRICK
13                                    Assistant United States Attorney

14

15  DATED: September 17, 2007          _____/s/_____
                                      SHAWN HALBERT
16                                    Attorney for Nina L. Donehue

17        **IT IS SO ORDERED.**

18

19  DATED:_____       _____
                                      THE HON. SUSAN ILLSTON
20                                    United States District Judge

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI                          2