SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0380 SI |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 9, 2007 TO JULY 27, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
|     v. ) | |
| NINA L. DONEHUE, ) | |
|     Defendant. ) | |

On July 19, 2007, the parties appeared before Your Honor for an initial appearance on the above-captioned indictment. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling an initial appearance before the Honorable Susan Illston on July 27, 2007, at 11 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 9, 2007 to July 27, 2007. The parties agreed, and the Court found and held, as follows:

    1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

1  reasonable time necessary for effective case preparation because the parties are still engaged in
2  discovery and other case preparation.
3      2. Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from July 9, 2007 to July 27, 2007 outweighed the best interest of the public
5  and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
7  from July 9, 2007 to July 27, 2007 be excluded from Speedy Trial Act calculations under 18
8  U.S.C. § 3161(h)(8)(A) & (B)(iv).

10      IT IS SO STIPULATED.

12  DATED: September 17, 2007                /s/_____
                                             ERIKA R. FRICK
13                                           Assistant United States Attorney

15  DATED: September 17, 2007                /s/_____
                                             SHAWN HALBERT
16                                           Attorney for Nina L. Donehue

17      **IT IS SO ORDERED.**

19  DATED:_____            _____
                                           THE HON. JAMES LARSON
20                                         Chief United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI                              2