SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   Email:  erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0380 SI |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 27, 2007 TO SEPTEMBER 7, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| v. ) | |
| NINA L. DONEHUE, ) | |
|     Defendant. ) | |

      On July 27, 2007, the parties appeared before Your Honor.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a status hearing before your Honor on September 7, 2007, at 11 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 27, 2007 to September 7, 2007.  The parties agreed, and the Court found and held, as follows:

      1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged in

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

1  discovery and other case preparation.

2      2. Given these circumstances, the Court found that the ends of justice served by

3  excluding the period from July 27, 2007 to September 7, 2007 outweighed the best interest of the

4  public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5      3. Accordingly, and with the consent of the defendant, the Court ordered that the period

6  from July 27, 2007 to September 7, 2007 be excluded from Speedy Trial Act calculations under

7  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8      4. The Court scheduled a change of plea and sentencing before your Honor on September

9  7, 2007, at 11 a.m.

10      IT IS SO STIPULATED.

12  DATED: September 17, 2007             /s/
13                                       ERIKA R. FRICK
                                     Assistant United States Attorney

15  DATED: September 17, 2007             /s/
16                                       SHAWN HALBERT
                                     Attorney for Nina L. Donehue

17  **IT IS SO ORDERED.**

19  DATED:_____        _____
                                     THE HON. SUSAN ILLSTON
                                     United States District Judge