1    SCOTT N. SCHOOLS (SCBN 9990)
     United States Attorney

2

3    BRIAN J. STRETCH (CASBN 163973)
     Chief, Criminal Division

4    ERIKA R. FRICK (CSBN 208150)
     Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102
         Telephone: (415) 436-6973

7        Facsimile: (415) 436-7234
         Email: erika.frick@usdoj.gov

8
     Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )    No. CR 07-0380 SI
                                        )
15          Plaintiff,                  )    [PROPOSED] ORDER AND
                                        )    STIPULATION EXCLUDING TIME
16       v.                             )    FROM JULY 9, 2007 TO JULY 27, 2007
                                        )    FROM THE SPEEDY TRIAL ACT
17   NINA L. DONEHUE,                   )    CALCULATION (18 U.S.C.
                                        )    § 3161(h)(8)(A) & (B)(iv))
18          Defendant.                  )
     _____)

19

20

21          On July 19, 2007, the parties appeared before Your Honor for an initial appearance on the

22   above-captioned indictment.  With the agreement of the parties, and with the consent of the

23   defendant, the Court enters this order (1) scheduling an initial appearance before the Honorable

24   Susan Illston on July 27, 2007, at 11 a.m.; and (2) documenting the exclusion of time under the

25   Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 9, 2007 to July 27, 2007.  The

26   parties agreed, and the Court found and held, as follows:

27          1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant

28   the requested continuance would unreasonably deny both government and defense counsel

     STIPULATION AND [PROPOSED] ORDER
     CR 07-0380 SI

1  reasonable time necessary for effective case preparation because the parties are still engaged in

2  discovery and other case preparation.

3          2.  Given these circumstances, the Court found that the ends of justice served by

4  excluding the period from July 9, 2007 to July 27, 2007 outweighed the best interest of the public

5  and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6          3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

7  from July 9, 2007 to July 27, 2007 be excluded from Speedy Trial Act calculations under 18

8  U.S.C. § 3161(h)(8)(A) & (B)(iv).

9

10          IT IS SO STIPULATED.

11

12  DATED: September 17, 2007                    _____/s/_____
                                                ERIKA R. FRICK
13                                              Assistant United States Attorney

14

15  DATED: September 17, 2007                    _____/s/_____
                                                SHAWN HALBERT
16                                              Attorney for Nina L. Donehue

17          **IT IS SO ORDERED.**

18

19  DATED:_____ 9-18-07 _____

20                                              HON. JAMES LARSON
                                                Chief United States Magistrate Judge

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI                                    2