**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 9/28/07

Case No.   CR-07-380 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- NINA DONEHUE (NC)(P)

Attorneys:   Frick            Halbert

Deputy Clerk: Tracy Sutton   Court Reporter: Yeomans

**PROCEEDINGS**

1)   Trial Setting/Status - HELD
2)   
3)   
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                        PART

Case continued to **11/2/07  @ 11:00 a.m.**   for Status/Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:          Delay ends: 11/2/07**
(        AUSA to draft order         )

ORDERED AFTER HEARING:
Defense has requested additional discovery.  A continuance is necessary so that the new discovery can be reviewed prior to setting motions/trial.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )