# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/16/07

Case No.   CR-07-380 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- NINA DONEHUE (NC)(P)

Attorneys:  Frick            Halbert

Deputy Clerk: Tracy Sutton   Court Reporter: Yeomans

**PROCEEDINGS**

1)  Trial Setting/Status - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                              PART

Case continued to   for Status/Trial Setting

Case continued to **1/18/08 @ 11:00 a.m.**   for Motion for Bill of Particulars
(Motion due 11/30/07, Opposition 12/21/07 Reply 1/11/08)

Case continued to  @   for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  Effective Preparation/Cont. Of Counsel
**Delay begins:         Delay ends:**
(        AUSA to draft order         )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )