# EXHIBIT A

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

**CR 07    0380**

UNITED STATES OF AMERICA,

V.

NINA L. DONEHUE

DEFENDANT.

---

# INDICTMENT

(1) 18 U.S.C. § 666 (a)(1)(A) - Embezzling Funds
From Federally-Funded Government Agency; (2) 18
U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461 (c) -
Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this _____ day of
06/14/2007

_____ Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

18 U.S.C. § 666(a)(1)(A)-
Embezzling Funds From
Federally-Funded Govt. Org.; 18
U.S.C. § 981(a)(1)(C), 28 U.S.C. §
2461(c)-Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

--- DEFENDANT - U.S. ---
▶ NINA L. DONEHUE

DISTRICT COURT NUMBER
CR 07 0380 SI

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Erika R. Frick

--- DEFENDANT ---

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
| 2 | United States Attorney |

*FILED*
*07 JUN 14 PM 2:37*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*SI*

| UNITED STATES OF AMERICA, | ) | No. CR 07 0380 |
| Plaintiff, | ) | |
| v. | ) | VIOLATIONS: (1) 18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture |
| NINA L. DONEHUE | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency or Organization

1.  At all times material to this Indictment, the Northridge Cooperative Homes, Inc. ("the Northridge") was an organization within the meaning of 18 U.S.C. § 666(a)(1) and was located in the Northern District of California.

2.  In calendar year 2006, the Northridge received in excess of $10,000 in benefits and assistance from the United States government.

3.  During the calendar year 2006, Nina L. Donehue was the Secretary of the Board of

INDICTMENT

1 | Directors of the Northridge and its "agent" within the meaning of 18 U.S.C. § 666(d)(l).

2 |     4.     Between January 20, 2006 to February 6, 2006, in the Northern District of

3 | California, the defendant,

4 | NINA L. DONEHUE,

5 | knowingly embezzled, stole, and obtained by fraud monies and funds in excess of $5,000

6 | belonging to and in the care, custody, and control of the Northridge, in violation of Title 18,

7 | United States Code, Section 666(a)(1)(A).

8 | FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture

9 |     Upon conviction of the offense alleged in Count One, the defendant,

10 | NINA L. DONEHUE,

11 | shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

12 | any property constituting or derived from proceeds obtained directly or indirectly as a result of

13 | the said violation, including but not limited to the following:

14 |     1.     MONEY JUDGMENT

15 |     A sum of money equal to $34,983.13 in United States currency, representing the amount

16 | of proceeds obtained as a result of the offense, theft of government money or property, in

17 | violation of 18 U.S.C. § 641.

18 |     2.     CONVEYANCE

19 |     A 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066,

20 | which was purchased from the proceeds of the said offense.

21 | DATED: June 14, 2007         A TRUE BILL.

22 |

23 |                                        FOREPERSON

24 | SCOTT N. SCHOOLS
   United States Attorney

25 |

26 | IOANA PETROU

27 | Chief, Major Crimes Section

28 | (Approved as to form: _____ )
                       AUSA Erika R. Frick

INDICTMENT