1   SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3   BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4   ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

7       Telephone: (415) 436-6973
Facsimile: (415) 436-7234

8       Email:  erika.frick@usdoj.gov

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 07-0380 SI
                                     )
15          Plaintiff,               )    [PROPOSED] ORDER AND
                                     )    STIPULATION SUSPENDING
16      v.                           )    RESPONSE DATE FOR
                                     )    GOVERNMENT'S OPPOSITION TO
17  NINA L. DONEHUE,                 )    DEFENDANT'S MOTION FOR A BILL
                                     )    OF PARTICULARS
18          Defendant.               )
                                     )    Date:      January 18, 2008
19                                   )    Time:      11:00 a.m.
    _____  )    Courtroom: Honorable Susan Illston
20

21          The defendant Nina L. Donehue has filed a Motion for a Bill of Particulars.  As set forth

22  in more detail below, the parties stipulate to suspend the government's response date for that

23  motion.

24          1.      The defendant is charged with embezzling funds from an organization of which

25  she was an agent, in violation of 18 U.S.C. § 666(a)(1)(A).

26          2.      On November 16, 2007, the parties appeared before your Honor and agreed to a

27  briefing schedule for the defendant's Motion for a Bill of Particulars.  The defendant filed her

28  motion on November 29, 2007, and the government's response to that motion is currently due

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

1  today, on December 21, 2007.

2      3.    The parties have since engaged in discussions about the motion.  The parties

3  believe that the motion can be resolved via a letter from the government rather than formal

4  briefing.  At this point, the parties jointly request that the government's response date of

5  December 21, 2007, be suspended pending further negotiations by the parties.  The parties

6  expect to be able to provide the Court with further status in early January.

7

8      IT IS SO STIPULATED.

9

10  DATED: _____            _____/s/_____
                                             ERIKA R. FRICK
11                                           Assistant United States Attorney

12

13  DATED: _____            _____/s/_____
                                             SHAWN HALBERT
14                                           Attorney for Nina L. Donehue

15      **IT IS SO ORDERED.**

16

17  DATED:_____             _____
                                             THE HON. SUSAN ILLSTON
18                                           United States District Judge

19

20

21

22

23

24

25

26

27

28