SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email:  erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0380 SI |
|     Plaintiff, | [PROPOSED] ORDER AND STIPULATION SUSPENDING RESPONSE DATE FOR GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR A BILL OF PARTICULARS |
|     v. | |
| NINA L. DONEHUE, | |
|     Defendant. | Date:         January 18, 2008<br>Time:        11:00 a.m.<br>Courtroom:  Honorable Susan Illston |

    The defendant Nina L. Donehue has filed a Motion for a Bill of Particulars.  As set forth in more detail below, the parties stipulate to suspend the government's response date for that motion.

    1.    The defendant is charged with embezzling funds from an organization of which she was an agent, in violation of 18 U.S.C. § 666(a)(1)(A).

    2.    On November 16, 2007, the parties appeared before your Honor and agreed to a briefing schedule for the defendant's Motion for a Bill of Particulars.  The defendant filed her motion on November 29, 2007, and the government's response to that motion is currently due

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

1  today, on December 21, 2007.

2    3.   The parties have since engaged in discussions about the motion. The parties
3  believe that the motion can be resolved via a letter from the government rather than formal
4  briefing. At this point, the parties jointly request that the government's response date of
5  December 21, 2007, be suspended pending further negotiations by the parties. The parties
6  expect to be able to provide the Court with further status in early January.

8    IT IS SO STIPULATED.

10  DATED: _____        /s/_____
                                        ERIKA R. FRICK
11                                      Assistant United States Attorney

13  DATED: _____        /s/_____
                                        SHAWN HALBERT
14                                      Attorney for Nina L. Donehue

15    **IT IS SO ORDERED.**

17  DATED:_____        _____
                                        THE HON. SUSAN ILLSTON
18                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI                          2