BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for NINA L. DONEHUE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-0380 SI |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION CONTINUING STATUS DATE FROM |
| vs. | ) ) | JANUARY 18, 2008 TO FEBRUARY 1, 2008 AND EXCLUDING TIME FROM THE |
| NINA L. DONEHUE, | ) ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| Defendant. | ) ) |  |

The undersigned parties stipulate as follows:

1.  The parties' next appearance before this Court is scheduled on January 18, 2008 at 11:00 a.m. for status. Defendant had filed a Motion for a Bill of Particulars that was originally set for hearing on January 18, 2008; however, the parties then submitted a stipulation and proposed order, which this Court signed, suspending further briefing on the matter so that the parties could attempt to reach an informal resolution of the matter.

2.  The government has provided a letter that the defense believes will resolve the defendant's motion, subject to the government's provision of additional discovery that the defense requested after receiving government counsel's letter. The government is in

STIPULATION AND [PROPOSED] ORDER
No. CR-07-0380 SI                 1

the process of obtaining and producing that discovery.

3. Further, in light of undersigned defense counsel's transfer back to Oakland, AFPD Eric Hairston will be added as an attorney to this case and will likely handle most if not all future court appearances on this matter.

4. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from January 18, 2008 to February 1, 2008.   The parties concur that failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective case preparation.

IT IS SO STIPULATED.

DATED: January 14, 2008   _____/s/_____
ERIKA R. FRICK
Assistant United States Attorney

DATED: January 14, 2008   _____/s/_____
SHAWN HALBERT
Attorney for Nina Donehue

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**[PROPOSED] ORDER**

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the appearance before this Court from January 18, 2008 at 11:00 a.m. to February 1, 2008 at 11:00 a.m.; and (2) excluding time from January 18, 2008 to February 1, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____   _____
THE HON. SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. CR-07-0380 SI                    2