BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DONEHUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )     Plaintiff,  )  )     v.  )  ) NINA L. DONEHUE,  )  )     Defendant.  ) | CR-07-0380 SI  [PROPOSED] ORDER AND STIPULATION CONTINUING SETTING DATE FROM FEBRUARY 1, 2008 TO FEBRUARY 8, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |

The undersigned parties stipulate as follows:

1. The parties' next appearance before this Court is scheduled on February 1, 2008 at 11:00 a.m.

2. The government has provided the defense with additional discovery that the defense requested, and the parties are still trying to determine whether they have resolved the defense's Motion for a Bill of Particulars, which in all likelihood they have. However, an additional week would be helpful in reaching that determination. Additionally, one or more counsel will likely be unavailable on February 1, 2008.

3. The parties thus request that the matter be continued by one week from February 1, 2008 to February 8, 2008 at 11:00 a.m. for trial setting or change of plea. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from February 1, 2008 to February 8, 2008. The parties concur that failure to grant the requested

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation. Further, the defense motion is still pending before this Court.

IT IS SO STIPULATED.

DATED: 1/30/2008                                      /s/_____
                                                      ERIKA R. FRICK
                                                      Assistant United States Attorney

DATED: 1/30/2008                                      /s/_____
                                                      SHAWN HALBERT
                                                      Attorney for Defendant

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the next appearance before this Court from February 1, 2008 to February 8, 2008; and (2) excluding time from February 1, 2008 to February 8, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____                           _____
                                                      THE HON. SUSAN ILLSTON
                                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI                                          2