| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | SHAWN HALBERT |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA  94102 |
| 4 | Telephone:  (415) 436-7700 |
| 5 | Counsel for Defendant DONEHUE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-07-0380 SI |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AND |
| | ) | STIPULATION CONTINUING SETTING |
| v. | ) | DATE FROM FEBRUARY 1, 2008 TO |
| | ) | FEBRUARY 8, 2008 AND EXCLUDING |
| NINA L. DONEHUE, | ) | TIME FROM THE SPEEDY TRIAL ACT |
| | ) | CALCULATION (18 U.S.C. |
| Defendant. | ) | § 3161(h)(8)(A) & (B)(iv)) |

The undersigned parties stipulate as follows:

1. The parties' next appearance before this Court is scheduled on February 1, 2008 at 11:00 a.m.

2. The government has provided the defense with additional discovery that the defense requested, and the parties are still trying to determine whether they have resolved the defense's Motion for a Bill of Particulars, which in all likelihood they have.  However, an additional week would be helpful in reaching that determination.  Additionally, one or more counsel will likely be unavailable on February 1, 2008.

3. The parties thus request that the matter be continued by one week from February 1, 2008 to February 8, 2008 at 11:00 a.m. for trial setting or change of plea.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from February 1, 2008 to February 8, 2008.  The parties concur that failure to grant the requested

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

1  continuance would unreasonably deny both government and defense counsel reasonable time
2  necessary for effective case preparation.  Further, the defense motion is still pending before
3  this Court.
4      IT IS SO STIPULATED.

6  DATED: 1/30/2008        /s/
7      ERIKA R. FRICK
    Assistant United States Attorney

9  DATED: 1/30/2008        /s/
    SHAWN HALBERT
10     Attorney for Defendant

12     **[PROPOSED] ORDER**

13     With the agreement of the parties, and with the consent of the defendant, the Court enters
14 this order (1) continuing the next appearance before this Court from February 1, 2008 to
15 February 8, 2008; and (2) excluding time from February 1, 2008 to February 8, 2008 under the
16 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

17     **IT IS SO ORDERED.**
18 DATED:_____
19     THE HON. SUSAN ILLSTON
    United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI     2