```
1   BARRY J. PORTMAN
    Federal Public Defender
2   SHAWN HALBERT
    ERIC MATTHEW HAIRSTON
3   Assistant Federal Public Defenders
    450 Golden Gate Avenue
4   San Francisco, CA  94102
    Telephone:  (415) 436-7700
5
    Counsel for Defendant
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-07-0380 SI |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND |
| ) | STIPULATION CONTINUING SETTING |
| v. ) | DATE FROM FEBRUARY 8, 2008 TO |
| ) | FEBRUARY 22, 2008 AND EXCLUDING |
| NINA L. DONEHUE, ) | TIME FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION (18 U.S.C. |
| Defendant. ) | § 3161(h)(8)(A) & (B)(iv)) |
| _____ ) | |

The undersigned parties stipulate as follows:

1. The parties' next appearance before this Court is scheduled on February 8, 2008 at 11:00 a.m.

2. Undersigned counsel, Eric Matthew Hairston, has recently entered the case as counsel for Ms. Donehue and will be making the next appearance on her behalf.  The parties agree that an additional two weeks should provide Mr. Hairston with sufficient time to review discovery and familiarize himself with the case prior to the next calling.

3. The parties thus request that the matter be continued by one week from February 8, 2008 to February 22, 2008 at 11:00 a.m. for trial setting or change of plea.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from February 8, 2008 to February 22, 2008.   The parties concur that the requested continuance is

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

necessary to provide defense counsel with reasonable time for effective case preparation. Further, time is appropriately excluded for defendant's motion for a bill of particulars, which is still pending before this Court.

IT IS SO STIPULATED.

DATED: February 7, 2008
          /s/
ERIKA R. FRICK
Assistant United States Attorney

DATED: February 7, 2008
          /s/
ERIC MATTHEW HAIRSTON
Attorney for Defendant

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the next appearance before this Court from February 8, 2008 to February 22, 2008; and (2) excluding time from February 8, 2008 to February 22, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____
          /s/ Susan Illston
THE HON. SUSAN ILLSTON
United States District Judge