1 | BARRY J. PORTMAN
Federal Public Defender
2 | ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders
3 | 450 Golden Gate Avenue
San Francisco, CA 94102
4 | Telephone: (415) 436-7700

5 | Counsel for Defendant DONEHUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR-07-0380 SI |
|---|---|---|
| Plaintiff, | ) | NOTICE OF WITHDRAWAL OF MOTION |
| v. | ) | |
| NINA L. DONEHUE, | ) | |
| Defendant. | ) | |

Defendant Nina Donehue hereby withdraws her Motion for a Bill of Particulars filed November 29, 2007. The parties have conferred informally and appear to have resolved the concerns set forth therein.

DATED: February 22, 2008.        /s/
                                  _____
                                  ERIC MATTHEW HAIRSTON
                                  Attorney for Defendant

NOTICE OF WITHDRAWAL OF MOTION
CR 07-0380 SI