# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 2/22/08

Case No.   CR-07-380 SI           Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- NINA DONEHUE (NC)(P)

Attorneys:   Frick              Hairston

Deputy Clerk: Tracy Sutton  Court Reporter: J. Gonzalez

### PROCEEDINGS

1)  Trial Setting/Status - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                        PART

Case continued to_ for Status/Trial Setting

Case continued to

Case continued to **4/15/08 @**  for Pretrial Conference

Case continued to **4/28/08 @ 8:30 a.m.** for Trial (Jury: _7__ Days)

Category of Excludable Delay:   Effective Preparation/Cont. Of Counsel
**Delay begins:        Delay ends:**
(       AUSA to draft order         )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )