# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

FILED
MAR 27 PM 2: 56

UNITED STATES OF AMERICA,

V.

CR 07- 414 SI
CR 07- 380 SI

NINA L. DONEHUE

DEFENDANT(S).

## SECOND SUPERSEDING INDICTMENT

INDICT

A true bill.

_____
Foreman

Filed in open court this ___37___ day of ___MARCH___

2008

_____
KAREN L. HOM
Clerk

JOSEPH C. SPERO
STATES MAGISTRATE JUDGE

Bail, $ ___Summons___  8/7/08
9 30 am

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

───── OFFENSE CHARGED ─────

18 U.S.C. § 666(a)(1)(A)-Embezzling Funds From Federally-Funded Government Organization;          ☐ Petty

18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)-Forfeiture          ☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:  10 years imprisonment; $250,000 fine; 3 years supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

───── DEFENDANT - U.S ─────

▶ NINA L. DONEHUE

DISTRICT COURT NUMBER
CR 07-04145-  CR 07-380  SI

───── DEFENDANT ─────

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶ 06/20/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction           } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

───── PROCEEDING ─────

Name of Complaintant Agency, or Person (& Title, if any)

U.S. Department of Housing & Urban Development

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                          SHOW
☐ U.S. ATTORNEY   ☐ DEFENSE    } DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant                          MAGISTRATE
CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under          }

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Erika R. Frick  ERF

Has detainer ☐ Yes       If "Yes"
been filed?  ☐ No        give date
filed

DATE OF          Month/Day/Year
ARREST          ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY        ▶

☐ This report amends AO 257 previously submitted

───── ADDITIONAL INFORMATION OR COMMENTS ─────

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance          * Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time: April 7, 2008, 9:30 a.m.    Before Judge: Hon. James A. Larson

Comments:



JOSEPH P. RUSSONIELLO
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0414 SI    07-380 SI |
| Plaintiff, | VIOLATIONS: (1) 18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture |
| v. | |
| NINA L. DONEHUE, | |
| Defendant. | SAN FRANCISCO VENUE |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE:    18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency

1.    At all times material to this Indictment, the Northridge Cooperative Homes, Inc. ("the Northridge") was an organization within the meaning of 18 U.S.C. § 666(a)(1) and was located in the Northern District of California.

2.    In calendar year 2006 and calendar year 2007, the Northridge received in excess of $10,000 in benefits and assistance from the United States government.

3.    During the calendar year 2006, Nina L. Donehue was the Secretary of the Board of Directors of the Northridge and its "agent" within the meaning of 18 U.S.C. § 666(d)(l).

SECOND SUPERSEDING INDICTMENT
CR 07-0414 SI

1        4.    Between on or about January 20, 2006 until on or about June 28, 2007, in the

2  Northern District of California, the defendant,

3                         NINA L. DONEHUE,

4  knowingly embezzled, stole, and obtained by fraud, and without authority knowingly converted

5  to the use of any person other than the rightful owner and intentionally misapplied, monies and

6  funds in excess of $5,000 belonging to and in the care, custody, and control of the Northridge, in

7  violation of Title 18, United States Code, Section 666(a)(1)(A).

8  FORFEITURE ALLEGATION:  18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture

9            Upon conviction of the offense alleged in Count One, the defendant,

10                      NINA L. DONEHUE,

11  shall forfeit to the United States pursuant to 18 U.S.C. §  981(a)(1)(C) and 28 U.S.C. § 2461(c)

12  any property constituting or derived from proceeds obtained directly or indirectly as a result of

13  the said violation, including but not limited to the following:

14        1.     MONEY JUDGMENT

15        A sum of money equal to $34,983.13 in United States currency, representing the amount

16  of proceeds obtained as a result of the offense, embezzlement of funds from a federally-funded

17  government agency, in violation of 18 U.S.C. § 666(a)(1)(A).

18        2.     CONVEYANCE

19        A 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066,

20  which was purchased from the proceeds of the said offense.

21  DATED:                           A TRUE BILL.

22         · ʒ ·  ʒ·ʒ-ʘ˙ʓ

23                                 FOREPERSON

24  JOSEPH P. RUSSONIELLO
United States Attorney

25

26  KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

27  (Approved as to form:             )

28                   AUSA Erika R. Frick

SECOND SUPERSEDING INDICTMENT
CR 07-0414 SI