UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 3/31/08

Case No.    CR-07-380 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- NINA DONEHUE (NC)(P)

Attorneys:  Frick              Hairston

Deputy Clerk: Tracy Sutton  Court Reporter: K. Powell

**PROCEEDINGS**

1)  Trial Setting/Status - HELD
2)  
3)  
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                              PART

Case continued to_ for Status/Trial Setting

Case continued to **4/25/08 @ 11:00 a.m.** for Defense Motions
( File 4/11/08, Opposition: 4/18/08, Reply 4/22/08)

Case continued to **7/1/08 @ 3:30 p.m.**   for Pretrial Conference

Case continued to **7/14/08 @ 8:30 a.m.**  for Trial (Jury: _7_ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:          Delay ends: 7/14/08**
(          AUSA to draft order          )

ORDERED AFTER HEARING:
The government filed a superceding indictment.  Counsel will arrange for the Deft. To be arraigned before the general duty magistrate.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )