rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 01 | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Wings Hom | | | REPORTER/FTR<br>9:40-9:41 | |
| MAGISTRATE JUDGE<br>JAMES LARSON | | DATE<br>April 7, 2008 | | NEW CASE | CASE NUMBER<br>CR07-0380 SI | |

### APPEARANCES

| DEFENDANT<br>Nina L. Donehue | AGE | CUST<br>N | P/NP<br>NP | ATTORNEY FOR DEFENDANT<br>Eric Hairston | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY | INTERPRETER | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>Bobby Love | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>Not held | ☐ BOND HEARING | ☒ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>4-11-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>JL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

On 2nd ss indicment

cc: Venice, Tracy S.