1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defenders
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant DONEHUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR-07-0380 SI |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF ERIC MATTHEW HAIRSTON IN SUPPORT OF MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT |
| v. | ) | |
| NINA L. DONEHUE, | ) | Court: The Hon. Susan Illston |
| Defendant. | ) | Date:  April 25, 2008 |
|  | ) | Time:  1:00 p.m. |

I, Eric Matthew Hairston, declare as follows:

1. I am an Assistant Federal Public Defender for the Northern District of California.  I make this declaration in support of Nina Donehue's Motion to Dismiss Second Superseding Indictment. I have knowledge of the facts set forth below and, if called as a witness in this matter, could and would competently testify to them.

2. Attached hereto as Exhibit A is a true and correct copy of the Indictment filed in this matter on June 14, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the First Superseding Indictment,

HAIRSTON DECLARATION ISO
MOTION TO DISMISS
CR 07-0380 SI

1  filed in this matter on June 28, 2007.
2  4. Attached hereto as Exhibit C is a true and correct copy of a letter received from the
3  government in this matter on March 21, 2008.
4  5. Attached hereto as Exhibit D is a true and correct copy of the Second Superseding
5  Indictment, filed in this matter on March 27, 2007.
6  I declare under penalty of perjury that the foregoing is true and correct.
7  Signed this 11th day of April, 2008 in San Francisco, California.

Dated: April 11, 2008

                                                                 Respectfully submitted,

                                                                 BARRY J. PORTMAN
                                                                 Federal Public Defender
                                                                           /s/
                                                                ERIC MATTHEW HAIRSTON
                                                                Assistant Federal Public Defender

HAIRSTON DECLARATION ISO
MOTION TO DISMISS
CR 07-0380 SI                                                                 2