<u>Exhibit A</u>

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

FILED
07 JUN 14 PM 2:36

CR 07 0380 SI

UNITED STATES OF AMERICA,

V.

NINA L. DONEHUE

DEFENDANT.

## INDICTMENT

(1) 18 U.S.C. § 666 (a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461 (c) - Forfeiture

A true bill.

_____ Foreman

Filed in open court this _____ day of 6/14/2007

_____ Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. § 666(a)(1)(A)- Embezzling Funds From Federally-Funded Govt. Org'n; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)-Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-filing*

---- DEFENDANT - U.S. ----

▶ NINA L. DONEHUE

**DISTRICT COURT NUMBER**

CR 07 0380 SI

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Erika R. Frick

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges      ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
07 JUN 14 PM 2:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 0388 SI |
| Plaintiff, | VIOLATIONS: (1) 18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency; (2) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture |
| v. | |
| NINA L. DONEHUE | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded Government Agency or Organization

1. At all times material to this Indictment, the Northridge Cooperative Homes, Inc. ("the Northridge") was an organization within the meaning of 18 U.S.C. § 666(a)(1) and was located in the Northern District of California.

2. In calendar year 2006, the Northridge received in excess of $10,000 in benefits and assistance from the United States government.

3. During the calendar year 2006, Nina L. Donehue was the Secretary of the Board of

INDICTMENT

1  Directors of the Northridge and its "agent" within the meaning of 18 U.S.C. § 666(d)(l).

2  4. Between January 20, 2006 to February 6, 2006, in the Northern District of
3  California, the defendant,

NINA L. DONEHUE,

knowingly embezzled, stole, and obtained by fraud monies and funds in excess of $5,000 belonging to and in the care, custody, and control of the Northridge, in violation of Title 18, United States Code, Section 666(a)(1)(A).

FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture

Upon conviction of the offense alleged in Count One, the defendant,

NINA L. DONEHUE,

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation, including but not limited to the following:

1. MONEY JUDGMENT

A sum of money equal to $34,983.13 in United States currency, representing the amount of proceeds obtained as a result of the offense, theft of government money or property, in violation of 18 U.S.C. § 641.

2. CONVEYANCE

A 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066, which was purchased from the proceeds of the said offense.

DATED: June 14, 2007                    A TRUE BILL.

                                        _____
                                        FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____ )
                      AUSA Erika R. Frick

INDICTMENT