# Exhibit B

# United States District Court

FOR THE

## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

NINA L. BONEHUE

**SI**

CR 07-380 SI

DEFENDANT.

# INDICTMENT

(1) 18 U.S.C. § 666 (a)(1)(A) - Embezzling Funds
From Federally-Funded Government Agency; (2) 18
U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461 (c) -
Forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day of
6/27/2007

_____
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 666(a)(1)(A)-
Embezzling Funds From
Federally-Funded Govt. Org'n; 18
U.S.C. § 981(a)(1)(C), 28 U.S.C. §
2461(c)-Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

NINA L. DONEHUE

DISTRICT COURT NUMBER

CR 07 0414 SI

CR 07- 380 SI

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)
Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW
  ☐ U.S. Att'y ☐ Defense   DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   CASE NO.

Name and Office of Person
Furnishing Information on   SCOTT N. SCHOOLS
THIS FORM
  ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   Erika R. Frick

─── DEFENDANT ───

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons approximately
     was served on above charges   6/20/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   } give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

FILED
07 JUN 28 PH 1:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1    SCOTT N. SCHOOLS (SC 9990)
     United States Attorney
2

3

4
                E-filing
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION    CR 07-3805I

11                   **CR   07   0414**

12   UNITED STATES OF AMERICA,        )    No.                    **SI**
                                      )
13          Plaintiff,                )    VIOLATIONS: (1) 18 U.S.C.
                                      )    § 666(a)(1)(A) - Embezzling Funds From
14   v.                               )    Federally-Funded Government Agency;
                                      )    (2) 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.
15                                    )    § 2461(c) - Forfeiture
     NINA L. DONEHUE                  )
16                                    )
            Defendant.                )    SAN FRANCISCO VENUE
17                                    )
     _____)

18

19                       SUPERSEDING INDICTMENT

20   The Grand Jury charges:

21   COUNT ONE:    18 U.S.C. § 666(a)(1)(A) - Embezzling Funds From Federally-Funded
                   Government Agency
22

23          1.    At all times material to this Indictment, the Northridge Cooperative Homes, Inc.

24   ("the Northridge") was an organization within the meaning of 18 U.S.C. § 666(a)(1) and was

25   located in the Northern District of California.

26          2.    In calendar year 2006, the Northridge received in excess of $10,000 in benefits and

27   assistance from the United States government.

28          3.    During the calendar year 2006, Nina L. Donehue was the Secretary of the Board of

     INDICTMENT

1 | Directors of the Northridge and its "agent" within the meaning of 18 U.S.C. § 666(d)(l).

2 |     4.    Between January 20, 2006 to February 6, 2006, in the Northern District of

3 | California, the defendant,

4 | NINA L. DONEHUE,

5 | knowingly embezzled, stole, and obtained by fraud monies and funds in excess of $5,000

6 | belonging to and in the care, custody, and control of the Northridge, in violation of Title 18,

7 | United States Code, Section 666(a)(1)(A).

8 | FORFEITURE ALLEGATION:  18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture

9 |     Upon conviction of the offense alleged in Count One, the defendant,

10 | NINA L. DONEHUE,

11 | shall forfeit to the United States pursuant to 18 U.S.C. §  981(a)(1)(C) and 28 U.S.C. § 2461(c)

12 | any property constituting or derived from proceeds obtained directly or indirectly as a result of

13 | the said violation, including but not limited to the following:

14 |     1.    MONEY JUDGMENT

15 |     A sum of money equal to $34,983.13 in United States currency, representing the amount

16 | of proceeds obtained as a result of the offense, embezzlement of funds from a federally-funded

17 | government agency, in violation of 18 U.S.C. § 666(a)(1)(A).

18 |     2.    CONVEYANCE

19 |     A 2006 Chrysler 300M, CA license plate # 5THL208, VIN 2C3KA43R46H298066,

20 | which was purchased from the proceeds of the said offense.

21 | DATED: _Jan 28, 2007_          A TRUE BILL.

22 |

23 |                   FOREPERSON

24 | SCOTT N. SCHOOLS
    United States Attorney

25 |

26 | IOANA PETROU

27 | Chief, Major Crimes Section

28 | (Approved as to form: _____ )
        AUSA Erika R. Frick

INDICTMENT