<u>Exhibit C</u>



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *11th Floor, Federal Building* | *(415) 436-7200* |
| *450 Golden Gate Avenue, Box 36055* | |
| *San Francisco, California  94102-3495* | *FAX:(415) 436-7234* |

March 21, 2008

BY HAND DELIVERY

Eric Matthew Hairston
Federal Public Defender
450 Golden Gate Ave., 19th Floor
San Francisco, CA  94102

     Re:    United States v. Nina L. Donehue, No. CR-07-0380 SI

Dear Eric:

    This is to let you know that the government plans to file a superseding Indictment alleging that, between January 20, 2006 and June 28, 2007, Ms. Donehue knowingly embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner, and intentionally misapplied property belonging to the Northridge Cooperative.

    It is the government's position that your client's continued possession of the Chrysler 300M automobile and other property misappropriated from Northridge constitutes a continuing violation of federal law.  The government therefore requests that your client return the vehicle to Northridge Cooperative immediately.

    Thank you for your attention to this matter.  If you have any questions or concerns, please call me at (415) 436-6973.

               Sincerely,

               JOSEPH P. RUSSONIELLO
               United States Attorney

               ERIKA R. FRICK
               Assistant United States Attorney

Received

MAR 21 2008

Federal Public Defender
San Francisco