# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/25/08

Case No.   CR-07-380  SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- NINA DONEHUE (NC)(P)

Attorneys:  Frick            Hairston

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1)  Defendant's Motion to Dismiss - HELD

2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   (X)Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( X ) SUBMITTED                                                    PART

Case continued to  for Status/Trial Setting

Case continued to

Category of Excludable Delay:
**Delay begins:       Delay ends:**
(              )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )