BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DONEHUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NINA L. DONEHUE,<br><br>　　　Defendant. | CR-07-0380 SI<br><br>NINA DONEHUE'S NOTICE OF INTENT TO INTRODUCE EXPERT EVIDENCE RELATING TO MENTAL CONDITION |

TO: UNITED STATES OF AMERICA, PLAINTIFF; AND JOSEPH RUSSONIELLO UNITED STATES ATTORNEY, NORTHERN DISTRICT OF CALIFORNIA; ERIKA FRICK, ASSISTANT UNITED STATES ATTORNEY

　　PLEASE TAKE NOTE that defendant Nina Donehue, pursuant to Rule 12.2(b) of the Federal Rules of Criminal Procedure, intends to introduce evidence, in the form of expert testimony, that she suffers from impaired cognitive functioning that affected her ability to process and understand normal social discourse, including those interactions that form the basis for the allegations set forth against her in the Second Superseding Indictment.

DATED: June 24, 2008

　　　　　　　　　　　　　　　　　　　　　／s／_____
　　　　　　　　　　　　　　　　　　　　ERIC MATTHEW HAIRSTON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Nina Donehue

NOTICE TO INTRODUCE EXPERT EVIDENCE
CR 07-0380 SI