

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*  *FAX:(415) 436-7234*

June 13, 2008

BY HAND DELIVERY
The Hon. Susan Illston
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA  94102

    **Re:  United States v. Donehue, CR No. 07-0380 SI**

Dear Judge Illston:

The pre-trial conference in the above-captioned case is scheduled for July 1, 2008, at 3:30 p.m.  My trial partner, Jonathan Schmidt, will be on vacation and unavailable that week.  Major Crimes Deputy Chief Kyle Waldinger has graciously agreed to step in and attend the pre-trial conference in Jonathan's place.  If the Court has any concerns about this, please let me know.  My number is (415) 436-6973.

                Sincerely,

                JOSEPH P. RUSSONIELLO
                United States Attorney

                _____

                ERIKA R. FRICK
                Assistant United States Attorney

Encl.

cc:  Eric Matthew Hairston, AFPD