JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
JONATHAN D. SCHMIDT (CSBN 230646)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NINA L. DONEHUE, <br><br> Defendant. | No. CR 07-0380 SI <br><br> [PROPOSED] ORDER AND STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME FROM FEBRUARY 22, 2008 TO OCTOBER 27, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |

     The above-captioned case is currently set for trial on July 14, 2008. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the trial date to October 27, 2008; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 27, 2007 to September 7, 2007. The parties agreed, and the Court found and held, as follows:

     1.     On February 22, 2008, the parties appeared before this Court for trial setting and status. At that time, this Court set a trial date of April 28, 2008. The parties agreed to and this Court ordered an exclusion of time under the Speedy Trial Act from February 22, 2008 through

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI

1  April 28, 2008.  Failure to grant the requested continuance would have unreasonably denied both
2  government and defense counsel reasonable time necessary for effective case preparation because
3  the parties needed that time for discovery and other case preparation.  See 18 U.S.C. § 3161
4  (h)(8)(A) & (B)(iv).

5      2.    On March 31, 2008, the parties appeared before this Court for trial setting and
6  status.  Because the government had filed a superseding indictment, and the defendant planned to
7  file a motion to dismiss that indictment, this Court continued the trial date from April 28, 2008 to
8  July 14, 2008.  The parties agreed to and this Court ordered an exclusion of time under the
9  Speedy Trial Act from April 28, 2008 through July 14, 2008.  Failure to grant the requested
10 continuance would have unreasonably denied both government and defense counsel reasonable
11 time necessary for effective case preparation because the parties needed that time for discovery
12 and other case preparation.  See 18 U.S.C. § 3161 (h)(8)(A) & (B)(iv).

13     3.    Given the circumstances described above, the Court found that the ends of justice
14 served by excluding the period from February 22, 2008 through July 14, 2008 outweighed the
15 best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) &
16 (B)(iv).  Accordingly, and with the consent of the defendant, the Court ordered that the period
17 from February 22, 2008 through July 14, 2008 be excluded from Speedy Trial Act calculations
18 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

19     4.    The parties have now determined that it is not feasible to hold the trial in this case
20 on July 14, 2008.  On June 24, 2008, the defendant filed a notice of intent to present expert
21 testimony regarding defendant's mental condition.  The government needs adequate time to
22 receive and review discovery regarding that matter, evaluate the admissibility of that testimony,
23 potentially file papers regarding that testimony requesting its exclusion, a *Daubert* hearing, or
24 other proceedings, and possibly to hire its own expert, conduct a mental examination of the
25 defendant, and prepare expert testimony for the government's case.  In addition, although
26 alternative trial dates were discussed, either defense counsel or government counsel or both were
27 unavailable until October 27, 2008.  In light of the need for further preparation regarding
28 defendant's proposed expert, and in view of the strong interest in continuity of counsel, the

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI                                2

1  parties agreed that a continuance of this trial until October 27, 2008 is appropriate.

2       5.    The parties therefore respectfully request that the trial date be continued from July 14, 2008 to October 27, 2008. The parties agree, and the defendant consents, to an exclusion of time under the Speedy Trial Act from July 14, 2008 through October 27, 2008. The exclusion is based on the need for effective preparation and continuity of counsel. See 18 U.S.C. § 3161 (h)(8)(A) & (B)(iv).

     IT IS SO STIPULATED.

DATED: _____       /s/_____
                                   ERIKA R. FRICK
                                   JONATHAN D. SCHMIDT
                                   Assistant United States Attorneys

DATED: _____       /s/_____
                                   ERIC MATTHEW HAIRSTON
                                   RON TYLER
                                   Attorneys for Nina L. Donehue

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time from February 22, 2008 to July 14, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), & (B)(iv).

With the agreement of the parties, and with the consent of the defendant, the Court also enters this order continuing the trial date from July 14, 2008 through October 27, 2008, and excluding time from July 14, 2008 to October 27, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), & (B)(iv). Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation and would deny continuity of counsel. See 18 U.S.C. § 3161 (h)(8)(A) & (B)(iv). The Court therefore finds that the ends of justice served by excluding the period from July 14, 2008 through

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI                               3

1 | October 27, 2008 outweigh the best interest of the public and the defendant in a speedy trial.  See
2 | 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
3 |
4 | **IT IS SO ORDERED.**
5 |
6 | DATED:_____   _____
   | THE HON. SUSAN ILLSTON
7 | United States District Judge
8 | The pretrial conference is set for 10/21/08 @ 3:30 p.m.

STIPULATION AND [PROPOSED] ORDER
CR 07-0380 SI                    4