JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
JONATHAN D. SCHMIDT (CSBN 230646)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0380 SI |
|    Plaintiff, ) | STATUS REPORT RE APPEARANCE ON JULY 25, 2008 |
|    v. ) | |
| NINA L. DONEHUE, ) | |
|    Defendant. ) | |

     The above-captioned case is currently set for trial on October 27, 2008. The parties have requested a status appearance before this Court on Friday, July 25, 2008. The government proposes to address the following issues at that status appearance:

     1.    The government contemplates filing two potential motions (a) a motion for clarification of this Court's Order Denying Defendant's Motion to Dismiss the Second Superseding Indictment, and (b) a motion to exclude defendant's proposed expert testimony regarding the defendant's alleged diminished mental capacity.

     2.    The government respectfully requests to set a briefing schedule for those motions

STATUS REPORT
CR 07-0380 SI

1  that would give the Court adequate time to rule on the motions in advance of the October
2  deadlines for filing motions in limine and other pre-trial papers in this case.  The government
3  submits that receiving clarification about those two issues in advance of those dates will give the
4  parties greater clarity about appropriate jury instructions and other issues pertaining to
5  management of the trial.
6         3.      Subject to the Court's availability, the government respectfully requests the
7  following briefing schedule and hearing date:  (1) Motions due on August 15, 2008; (2)
8  Oppositions to Motions due on August 29, 2008; (3) Replies to Motions due on September 5,
9  2008; and (4) Hearing Date of September 19, 2008.  The government attempted to contact
10 defense counsel to determine whether that schedule also works for the defense but has not yet
11 heard back.
12        4.      The government also respectfully proposes to address procedural issues regarding
13 its intention to seek a criminal seizure warrant to seize the automobile that Ms. Donehue
14 purchased with Northridge Cooperative funds.

DATED:  July 24, 2008

                        Respectfully submitted,

                        JOSEPH P. RUSSONIELLO
                        United States Attorney


                        /s/

                        ERIKA R. FRICK
                        JONATHAN D. SCHMIDT
                        Assistant United States Attorneys

STATUS REPORT
CR 07-0380 SI                              2