UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/25/08

Case No.   CR-07-380 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- NINA DONEHUE (NC)(P)

Attorneys:   Frick              R. Tyler sp. For Hairston

Deputy Clerk: Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1) Status  - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                           PART

Case continued to **9/22/08 @ 11:00 a.m.**  Motions
(govt to file: 8/22/08, deft to oppose: 9/8/08, govt. reply: 9/15/08)

Case continued to

Category of Excludable Delay:
**Delay begins:        Delay ends:**
(              )

ORDERED AFTER HEARING:

The government shall take the issue if the defendant can keep the car or not before the magistrate.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )