BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DONEHUE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0380 SI |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DEFENDANT'S** |
| v. | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| NINA L. DONEHUE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        PLEASE TAKE NOTICE that Ronald C. Tyler of the Office of the Federal Public

Defender is hereby substituted as counsel of record for the defendant, Nina L. Donehue, in the

above-captioned matter.  Please direct all future ECF notices, filings and orders to Mr. Tyler's

attention at 450 Golden Gate Avenue, San Francisco, California 94102.  Please omit prior

defense counsel, Eric Hairston, from any future ECF filings or notices.


Dated: September 3, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender
                                        /s/
                                        RONALD C. TYLER
                                        Assistant Federal Public Defender