IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NINA DONEHUE,<br><br>　　　　　Defendant. | No. CR 07-0380 SI<br><br>STIPULATION AND (PROPOSED) ORDER CONTINUING TRIAL |

**STIPULATION**

This matter was previously scheduled for trial to begin on October 27, 2008. Eric Hairston, attorney of record for Ms. Donehue, is no longer a member of the Office of the Federal Public Defender. On today's date, September 3, 2008, Ronald Tyler has filed a Notice of Substitution of Attorney as to Nina Donehue. Although Mr. Tyler has some familiarity with the case, he was previously in a supporting role only. Moreover, he has previously scheduled matters in September, and November, including a trial commencing next week. Consequently, the defense requests a continuance of the trial date until December 8, 2008. Defense counsel has conferred with his client and avers that Ms. Donehue consents to the requested continuance. Similarly, government counsel has no objection to the requested continuance..

//

STIP & ORDER CONTINUING
TRIAL & EXCLUDING TIME
*United States v. Nina Donehue*
CR 07-0380 SI                                   - 1 -

Accordingly, the parties agreed to continue the trial in this matter until December 8, 2008. It is so stipulated.

DATED: September 3, 2008    _____/S/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Nina Donehue

DATED: September 3, 2008    _____/S/_____
ERIKA R. FRICK
Assistant United States Attorney

**ORDER**

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, trial in this matter is continued until December 8, 2008. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from October 27, 2008 until December 8, 2008 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED:

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
TRIAL & EXCLUDING TIME
*United States v. Nina Donehue*
CR 07-0380 SI                - 2 -