**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00380SI |
| Plaintiff, | **NOTICE** |
| v. | |
| DONEHUE, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the Government's Motion to Clarify Order Denying Defendant's Motion to Dismiss has been continued to Friday, October 3, 2008, at 11:00 a.m.

Dated: September 10, 2008                              RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk