1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,              )
                                           )   No. CR 07-0380 SI
10             Plaintiff,                  )
                                           )
11  vs.                                    )   STIPULATION AND (PROPOSED)
                                           )   ORDER CONTINUING
12  NINA DONEHUE,                          )    TRIAL
                                           )
13             Defendant.                  )
                                           )
14  _____)

**STIPULATION**

This matter was previously scheduled for trial to begin on October 27, 2008. Eric Hairston, attorney of record for Ms. Donehue, is no longer a member of the Office of the Federal Public Defender. On September 3, 2008, Ronald Tyler filed a Notice of Substitution of Attorney as to Nina Donehue. Although Mr. Tyler has some familiarity with the case, he was previously in a supporting role only. Moreover, he has previously scheduled matters in September, and November. Consequently, the parties agree to a continuance of the trial date until January 12, 2009. Defense counsel has conferred with his client and avers that Ms. Donehue consents to the requested continuance.

//

//

STIP & ORDER CONTINUING
TRIAL & EXCLUDING TIME
*United States v. Nina Donehue*
CR 07-0380 SI                              - 1 -

It is so stipulated.

DATED:   September 10, 2008        /s/_____
                                    RONALD TYLER
                                    Assistant Federal Public Defender
                                    Counsel for Nina Donehue

DATED:   September 10, 2008        /s/_____
                                    ERIKA FRICK
                                    Assistant United States Attorney

**ORDER**

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, trial in this matter is continued until January 12, 2009.  The parties are directed to appear for a pretrial conference on Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from October 27, 2008 until January 12, 2009 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

                          9/15/08  Wm. Alsup for
DATED:
                           _____
                           SUSAN ILLSTON
                           UNITED STATES DISTRICT COURT JUDGE

The pretrial conference shall be continued to January 6, 2009, at 3:30 p.m.