IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00380SI |
| Plaintiff, | **NOTICE** |
| v. | |
| DONEHUE, | |
| Defendant. / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the pretrial conference is advanced to Tuesday, December 16, 2008, at 3:30 p.m.

Dated: September 17, 2008                                         RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk