IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR 07-00380 SI |
|     Plaintiff, | **ORDER RE: DEFENDANT'S *EX PARTE* FILINGS** |
|   v. | |
| NINA L. DONEHUE, | |
|     Defendant. | |

Defendant recently filed an *ex parte* application for two subpoenas pursuant to Federal Rule of Criminal Procedure 17(b). The Court granted defendant's application for the subpoenas but denied her motion to file them under seal. On March 6, 2009, defendant filed an *ex parte* letter seeking clarification of the Court's order denying defendant's motion to file the application under seal.

The Court denied defendant's motion because the Court found that defendant had not met her burden in establishing the need to file her applications *ex parte*. The Court recognizes that criminal defendants may file 17(b) applications under seal in order to avoid revealing the theory of their defense, but it appears to the Court that no theory would be revealed if the government were to read defendant's application. Nonetheless, the Court will grant defendant another opportunity to explain her need for filing her application *ex parte*. Defendant shall file an *ex parte* letter brief by March 13, 2009.

**IT IS SO ORDERED.**

Dated: March 6, 2009

SUSAN ILLSTON
United States District Judge