IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR 07-0380 SI |
| Plaintiff, | **ORDER RE: INTENT INSTRUCTION** |
| v. | |
| NINA DONEHUE, | |
| Defendant. / | |

On April 15, 2009, the Court held oral argument on the parties' proposed jury instructions. Defendant has requested an instruction defining the words "intent" and "intentionally." Defendant's proposed instruction is taken from the Third Circuit's model instructions. The Court finds this instruction confusing and notes that other circuits, including the Ninth Circuit, do not provide model instructions on the words "intent" or "intentionally." Several circuits advise against defining specific intent for the jury. The Court finds that it would be less confusing to allow the jury to define "intent" and "intentionally" according to their ordinary meanings. Accordingly, the Court DENIES defendant's request for this instruction.

**IT IS SO ORDERED.**

Dated: April 15, 2009

SUSAN ILLSTON
United States District Judge