IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. C 07-00380 SI

        Plaintiff,

  v.

NINA L. DONEHUE,

        Defendant.
                                  /

**INSTRUCTIONS TO JURY**

(FINAL)

## DUTIES OF JURY TO FIND FACTS AND FOLLOW LAW

Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on the law which applies to this case. A copy of these instructions will be available in the jury room for you to consult.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath promising to do so at the beginning of the case.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all equally important. You must not read into these instructions or into anything the court may have said or done any suggestion as to what verdict you should return—that is a matter entirely up to you.

## CHARGE AGAINST DEFENDANT NOT EVIDENCE—PRESUMPTION OF INNOCENCE—BURDEN OF PROOF

The indictment charges defendant Nina Donehue with one count of theft concerning programs receiving federal funds, in violation of 18 U.S.C. § 666(a)(1)(A). The indictment is not evidence. The defendant has pleaded not guilty to all the charges. The defendant is presumed to be innocent and does not have to testify or present any evidence to prove innocence. The government has the burden of proving every element of the charge beyond a reasonable doubt.

## DEFENDANT'S DECISION NOT TO TESTIFY

A defendant in a criminal case has a constitutional right not to testify. No presumption of guilt may be raised, and no inference of any kind may be drawn, from the fact that the defendant did not testify.

## REASONABLE DOUBT—DEFINED

Proof beyond a reasonable doubt is proof that leaves you firmly convinced that the defendant is guilty. It is not required that the government prove guilt beyond all possible doubt.

A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation. It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not guilty. On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant guilty.

## WHAT IS EVIDENCE

The evidence from which you are to decide what the facts are consists of:

(1) the sworn testimony of any witness;

(2) the exhibits which have been received into evidence; and

(3) any facts to which all the lawyers have stipulated.

## WHAT IS NOT EVIDENCE

In reaching your verdict you may consider only the testimony and exhibits received into evidence. Certain things are not evidence and you may not consider them in deciding what the facts are. I will list them for you:

1. Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they have said in their opening statements, will say in their closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers state them, your memory of them controls.

2. Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the question, the objection, or the court's ruling on it.

3. Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered. In addition some testimony and exhibits have been received only for a limited purpose; where I have given a limiting instruction, you must follow it.

4. Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

## DIRECT AND CIRCUMSTANTIAL EVIDENCE

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is proof of one or more facts from which you could find another fact. You should consider both kinds of evidence. The law makes no distinction between the weight to be given to either direct or circumstantial evidence. It is for you to decide how much weight to give to any evidence.

## CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

1. the opportunity and ability of the witness to see or hear or know the things testified to;

2. the witness's memory;

3. the witness's manner while testifying;

4. the witness's interest in the outcome of the case and any bias or prejudice;

5. whether other evidence contradicted the witness's testimony;

6. the reasonableness of the witness's testimony in light of all the evidence; and

7. any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

## ACTIVITIES NOT CHARGED

The defendant is on trial only for the crimes charged in the indictment, not for any other activities.

**STATEMENTS BY DEFENDANT**

You have heard testimony that the defendant made a statement. It is for you to decide (1) whether the defendant made the statement, and (2) if so, how much weight to give to it. In making those decisions, you should consider all of the evidence about the statement, including the circumstances under which the defendant may have made it.

**OPINION EVIDENCE, EXPERT WITNESS**

You have heard testimony from a person who, because of education or experience, was permitted to state opinions and the reasons for his opinions.

Opinion testimony should be judged just like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness' education and experience, the reasons given for the opinion, and all the other evidence in the case.

**COUNT 1 –  THEFT CONCERNING A PROGRAM RECEIVING FEDERAL FUNDS**

(18 U.S.C. § 666(a)(1)(A))

The indictment charges defendant Nina L. Donehue with violating 18 U.S.C.  § 666(a)(1)(A). In order to find the defendant guilty of this offense, you must find that the government proved each of the following five elements beyond a reasonable doubt:

First:  That at the time of the alleged offense conduct, Nina L. Donehue was an agent of Northridge Cooperative Homes, Inc.;

Second:  That in a one-year period, Northridge Cooperative Homes, Inc., received federal benefits in excess of $10,000;

 Third:  That Nina L. Donehue stole, embezzled, obtained by fraud, knowingly converted or intentionally misapplied property;

Fourth:  That the property stolen, embezzled, obtained by fraud, knowingly converted or intentionally misapplied was owned by or was in the care, custody or control of Northridge Cooperative Homes, Inc.; and

Fifth:  That the value of the property stolen, embezzled, obtained by fraud, knowingly converted or intentionally misapplied was at least $5,000.

**"AGENT" OF ORGANIZATION OR GOVERNMENT DEFINED**

The first element the government must prove beyond a reasonable doubt is that at the time of the alleged offense conduct, Nina L. Donehue was an agent of Northridge Cooperative Homes, Inc.

An "agent" is a person authorized to act on behalf of another person, organization or government. Employees, partners, directors, officers, managers and representatives are all agents of the organization or government with which they are associated.

The parties have stipulated that Nina L. Donehue "was an 'agent' of Northridge Cooperative Homes, Inc. at the time of the alleged offense  conduct in that she served as Secretary of the Northridge's Board of Directors from on or about July 21, 2004 until on or about February 9, 2006."

## **"RECEIVED FEDERAL FUNDS" DEFINED**

The second element the government must prove beyond a reasonable doubt is that in a one–year period, Northridge Cooperative Homes, Inc., received federal benefits in excess of $10,000.

To prove this element, the government must establish that Northridge Cooperative Homes, Inc. received, during the one-year period of 2006, benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance or some other form of federal assistance.

The parties have stipulated that "during calendar year 2006, Northridge Cooperative Homes, Inc. received in excess of $10,000 in benefits under a federal program involving a grant, loan or other form of federal assistance."

## **"STOLE, EMBEZZLED, CONVERTED AND MISAPPLIED" DEFINED**

The third element the government must prove beyond a reasonable doubt is that Nina L. Donehue stole, embezzled, obtained by fraud, knowingly converted or intentionally misapplied property.

To "steal" money or property means to take someone else's money or property without the owner's consent, with the intent to deprive the owner of the value of that money or property.

To "embezzle" money or property means to intentionally take or convert to one's own use money or property of another, after that money or property lawfully came into the possession of the person taking it by virtue of some office, employment or position of trust.

To "obtain by fraud" means to intentionally take something by false representations, suppression of the truth or deliberate disregard for the truth.

To "knowingly convert" money or property means to knowingly appropriate or use such money or property, without proper authority, for the benefit of oneself or an other person who was not the rightful owner, with the intent to deprive the rightful owner of the money or property.

To "intentionally misapply" money or property means to intentionally use money or property of Northridge Cooperative Homes, Inc., knowing that such use is unauthorized or unjustifiable or wrongful. "Misapplication" includes the wrongful use of the money or property for an unauthorized purpose, even if such use benefitted Northridge Cooperative Homes, Inc.

**"BELONGING TO AND IN THE CARE, CUSTODY OR CONTROL OF" DEFINED**

The fourth element the government must prove beyond a reasonable doubt is that the property stolen, embezzled, obtained by fraud, knowingly converted or intentionally misapplied was owned by, or was in the care, custody or control of Northridge Cooperative Homes, Inc.

**DETERMINING VALUE OF PROPERTY**

The fifth and final element the government must prove beyond a reasonable doubt is that the value of the property stolen, embezzled, obtained by fraud, knowingly converted or intentionally misapplied was at least $5,000. The government is not required to prove the exact amount of money or the value of the property at issue, but the government must prove beyond a reasonable doubt that the value of the money or property was $5,000 or more. The word "value" means face, par or market value, or cost price, either wholesale or retail, whichever is greater. "Market value" means the price a willing buyer would pay a willing seller at the time the property was stolen.

If you find that Nina L. Donehue devised a scheme or plan to take sums of money or property from Northridge Cooperative Homes, Inc., on a recurring basis through a series of acts, you may aggregate or add up the value of property obtained from this series of acts by Nina L. Donehue to meet this $5,000 requirement so long as those acts occurred within the same one-year time period.

**KNOWINGLY — DEFINED**

An act is done knowingly if the defendant is aware of the act and does not act or fail to act through ignorance, mistake, or accident. The government is not required to prove that the defendant knew that her acts or omissions were unlawful. You may consider evidence of the defendant's words, acts, or omissions, along with all the other evidence, in deciding whether the defendant acted knowingly.

**DIMINISHED CAPACITY**

You may consider evidence of abnormal mental condition in deciding whether the government has proved beyond a reasonable doubt that the defendant acted with the intent to commit Theft Concerning Programs Receiving Federal Funds.

9

**DUTY TO DELIBERATE**

When you begin your deliberations, you should elect one member of the jury as your foreperson. That person will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict, whether guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

**CONSIDERATION OF EVIDENCE**

Your verdict must be based solely on the evidence and on the law as I have given it to you in these instructions. However, nothing that I have said or done is intended to suggest what your verdict should be—that is entirely for you to decide.

**USE OF NOTES**

Some of you have taken notes during the trial. Whether or not you took notes, you should rely on your own memory of what was said. Notes are only to assist your memory. You should not be overly influenced by the notes.

**JURY CONSIDERATION OF PUNISHMENT**

The punishment provided by law for this crime is for the court to decide. You may not consider punishment in deciding whether the government has proved its case against the defendant beyond a reasonable doubt.

**VERDICT FORM**

A verdict form has been prepared for you. After you have reached unanimous agreement on a verdict, your foreperson will fill in the form that has been given to you, sign and date it and advise the Court that you are ready to return to the courtroom.

**COMMUNICATION WITH COURT**

If it becomes necessary during your deliberations to communicate with me, you may send a note through the bailiff, signed by your foreperson or by one or more members of the jury. No member of the jury should ever attempt to communicate with me except by a signed writing, and I will respond to the jury concerning the case only in writing, or here in open court. If you send out a question, I will consult with the lawyers before answering it, which may take some time. You may continue your deliberations while waiting for the answer to any question. Remember that you are not to tell anyone—including me—how the jury stands, numerically or otherwise, on the question of the guilt of the defendant, until after you have reached a unanimous verdict or have been discharged.